**Virginia Mae Vachata, Plaintiff-Appellee, v. Elmer Charles Vachata, Defendant-Appellant.**

**Gen. No. 64–68.** ▮

Fifth District.
April 23, 1965.

Elmer Charles Vachata, pro se, appellant; Richard E. White of Murphysboro, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be published in full.